Irene Karbelashvili, State Bar Number 232223
**LAW OFFICE OF IRENE KARBELASHVILI**
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>HILLTOP BUICK GMC, INC., a Delaware corporation, d/b/a HILLTOP BUICK GMC; ALICE M. MARTIN, in her individual and representative capacity as Trustee of the WARREN MARTIN MARITAL TRUST and WARREN MARTIN CREDIT SHELTER TRUST; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.  3:14-cv-04335-RS<br><br>*Civil Rights*<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~PROPOSED~~) ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]**<br><br><br><br><br><br>Action filed: September 25, 2014 |

　　　Plaintiff JOHN RODGERS and Defendants HILLTOP BUICK GMC, INC., a Delaware corporation, d/b/a HILLTOP BUICK GMC; ALICE M. MARTIN, in her individual and representative capacity as Trustee of the WARREN MARTIN MARITAL TRUST and WARREN MARTIN CREDIT SHELTER TRUST, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure **§§** 41(a)(1)(ii) and (2). Plaintiff filed this lawsuit on September 25, 2014.

Defendants, who have answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each side shall pay its own attorneys' fees and costs.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

DATED: July 7, 2015          By:/s/ Irene Karbelashvili, Esq.
                                                IRENE KARBELASHVILI
                                                Attorney for Plaintiff JOHN RODGERS

DATED: July 9, 2015          By:    /s/ Courtney M. Coates, Esq.
                                                COURTNEY M. COATES
                                                Attorney for Defendants HILLTOP BUICK GMC, INC., and ALICE M. MARTIN

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on July 9, 2015, I, Irene Karbelashvili, received the concurrence of Courtney M. Coates, Esq. in the filing of this document

                                                By:          /s/ Irene Karbelashvili
                                                                  IRENE KARBELASHVILI

**(~~PROPOSED~~) ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The lawsuit against Defendants is dismissed with prejudice.

2. Each side shall pay its own attorneys' fees and costs.

Dated: 7/13/15

_____
Hon. Richard Seeborg, United States District Court Judge